UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 2:16-BK-04058-EPB
 §
MICHAEL A. ZANSKI §
ELIZABETH B. ZANSKI §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Dina L. Anderson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $18,167.77 | Assets Exempt: | $19,001.20 |
| Total Distributions to Claimants: | $195,960.15 | Claims Discharged Without Payment: | $120,296.22 |
| Total Expenses of Administration: | $70,770.31 | | |

3) Total gross receipts of $267,697.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $966.54 (see **Exhibit 2**), yielded net receipts of $266,730.46 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $212,378.00 | $190,511.68 | $190,511.68 | $190,511.68 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $70,770.31 | $70,770.31 | $70,770.31 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $125,031.69 | $80,668.00 | $80,668.00 | $5,448.47 |
| **Total Disbursements** | $337,409.69 | $341,949.99 | $341,949.99 | $266,730.46 |

4). This case was originally filed under chapter 7 on 04/14/2016. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2019     By: /s/ Dina L. Anderson
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Real property: 732 Severn Dr. Virginia Beach, VA - 23455-0000 Virginia Beach County Single-family home | 1110-000 | $225,000.00 |
| Rents received re 732 Severn Dr. Virginia Beach, VA 23455 | 1122-000 | $1,500.00 |
| Checking Credit Union West Kasasa Cash Account ending in 0009 | 1129-000 | $4.57 |
| Savings Navy Federal Credit Union Membership Savings Account ending in 6102 | 1129-000 | $5.01 |
| Personal Injury Lawsuit: Attorney Timothy Kamper of Kamper Estrada, LLP | 1142-000 | $38,000.00 |
| 2015 Federal Tax Refund: post-petition | 1224-000 | $1,642.00 |
| 2015 State (CA) Tax Refund: post-petition | 1224-000 | $19.00 |
| 2016 Federal Tax Refund | 1224-000 | $1,331.01 |
| 2016 State Tax Refund | 1224-000 | $75.00 |
| Wells Fargo Bank Acct #0339 | 1229-000 | $108.33 |
| Wells Fargo Bank Acct #1204 | 1229-000 | $12.08 |
| **TOTAL GROSS RECEIPTS** | | **$267,697.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| MICHAEL ZANSKI AND ELIZABETH ZANSKI | Funds to Third Parties | 8500-002 | $966.54 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$966.54** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage. Inc. | 4110-000 | $187,224.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4210-000 | $13,671.00 | $0.00 | $0.00 | $0.00 |
| | Payoff of first mortgage loan to CitiMortgage | 4110-000 | $0.00 | $190,511.68 | $190,511.68 | $190,511.68 |
| | Wells Fargo Dealer Services | 4210-000 | $11,483.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$212,378.00** | **$190,511.68** | **$190,511.68** | **$190,511.68** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dina L. Anderson, Trustee | 2100-000 | NA | $16,586.52 | $16,586.52 | $16,586.52 |
| Dina L. Anderson, Trustee | 2200-000 | NA | $109.25 | $109.25 | $109.25 |
| Dominion Virginia Power | 2420-000 | NA | $104.85 | $104.85 | $104.85 |
| Delivery Fee to Stewart Title and Settlements | 2500-000 | NA | $15.00 | $15.00 | $15.00 |
| Grantor Tax Deed | 2500-000 | NA | $225.00 | $225.00 | $225.00 |
| Lien Release Verification to Stewart Title and Settlements | 2500-000 | NA | $85.00 | $85.00 | $85.00 |
| Seller Settlement Fee to Barristers of Virginia | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| Storm Water Fees to Treasurer, City of Virginia Beach | 2500-000 | NA | $45.47 | $45.47 | $45.47 |
| Independent Bank | 2600-000 | NA | $38.07 | $38.07 | $38.07 |
| Integrity Bank | 2600-000 | NA | $580.08 | $580.08 | $580.08 |
| City/town taxes 1/1/2017 to 2/13/2017 | 2820-000 | NA | $262.07 | $262.07 | $262.07 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3110-000 | NA | $21,242.50 | $21,242.50 | $21,242.50 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee | 3120-000 | NA | $418.08 | $418.08 | $418.08 |
| Timothy J. Kamper, Special Counsel for Trustee | 3210-600 | NA | $12,665.40 | $12,665.40 | $12,665.40 |
| Timothy J. Kamper, Special Counsel for Trustee | 3220-610 | NA | $1,159.02 | $1,159.02 | $1,159.02 |
| Semple, Marchal & Cooper, LLP, Accountant for Trustee | 3410-000 | NA | $3,434.00 | $3,434.00 | $3,434.00 |
| Commission to Howard Hanna William E. Wood, Realtor for Trustee | 3510-000 | NA | $6,750.00 | $6,750.00 | $6,750.00 |
| Commission to Keller Williams Realty Elite - Town Center, Realtor for Trustee | 3510-000 | NA | $6,750.00 | $6,750.00 | $6,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $70,770.31 | $70,770.31 | $70,770.31 | |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC/Credit Corp Solutions Inc | 7100-000 | $3,463.00 | $3,628.67 | $3,628.67 | $245.08 |
| 2 | Discover Bank | 7100-000 | $15,637.00 | $15,637.57 | $15,637.57 | $1,056.19 |
| 3 | PYOD, LLC/Citibank, NA | 7100-000 | $6,815.00 | $6,815.14 | $6,815.14 | $460.31 |
| 4 | Capital One, N.A. | 7100-000 | $2,517.00 | $2,517.27 | $2,517.27 | $170.02 |
| 5 | Wells Fargo Bank, N.A. | 7100-000 | $3,921.00 | $3,778.80 | $3,778.80 | $255.23 |
| 6 | Navy Federal Credit Union | 7100-000 | $4,765.00 | $4,917.41 | $4,917.41 | $332.13 |
| 7 | Navy Federal Credit Union | 7100-000 | $29,752.00 | $30,288.10 | $30,288.10 | $2,045.72 |
| 8 | USAA Savings Bank | 7100-000 | $13,085.00 | $13,085.04 | $13,085.04 | $883.79 |
| | Bank of America | 7100-000 | $8,216.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $11,191.00 | $0.00 | $0.00 | $0.00 |
| | Citibank / Sears | 7100-000 | $6,971.00 | $0.00 | $0.00 | $0.00 |
| | CMRE Financial Services | 7100-000 | $423.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/vctrssec | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lake County Anesthesia, PC | 7100-000 | $404.50 | $0.00 | $0.00 | $0.00 |
| | Lake County Behavioral Health | 7100-000 | $549.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $5,954.00 | $0.00 | $0.00 | $0.00 |
| | St. Helena Hospital | 7100-000 | $6,456.60 | $0.00 | $0.00 | $0.00 |
| | Sutter Lakeside Hospital | 7100-000 | $3,334.59 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/ HH Gregg | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/ Old Navy | 7100-000 | $827.00 | $0.00 | $0.00 | $0.00 |
| | WFF National Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $125,031.69 | $80,668.00 | $80,668.00 | $5,448.47 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-04058-EPB | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | Date Filed (f) or Converted (c): | 04/14/2016 (f) |
| For the Period Ending: | 3/6/2019 | §341(a) Meeting Date: | 05/16/2016 |
| | | Claims Bar Date: | 02/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real property: 732 Severn Dr. Virginia Beach, VA - 23455-0000 Virginia Beach County Single-family home | $224,700.00 | $55,001.00 | | $225,000.00 | FA |
| Asset Notes: | Order granting Motion to Approve Sale of Real Property at DE 47 | | | | | |
| 2 | 2010 Chevrolet Traverse 74,000 mileage | $11,597.00 | $0.00 | | $0.00 | FA |
| 3 | 2012 Kia Soul-4 59020 mileage Co-Debtor supplied down payment, all monthly payments, insurance, gas and maintenance | $6,017.00 | $0.00 | | $0.00 | FA |
| 4 | Used Household Goods & Electronics | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | Shotgun Pistol | $1,200.00 | $0.00 | | $0.00 | FA |
| 6 | Used Clothing and Accessories | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Rings | $500.00 | $0.00 | | $0.00 | FA |
| 8 | 2 -Watches | $40.00 | $0.00 | | $0.00 | FA |
| 9 | Dog Cat | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Timeshare with Diamond Resorts Value based on sale offer Monthly dues $74.00 per month | $390.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Per Carol Smith, value is minimal (<$1); ABANDON | | | | | |
| 11 | Checking Credit Union West Kasasa Cash Account ending in 0009 | $4.57 | $4.57 | | $4.57 | FA |
| 12 | Savings Credit Union West Regular Savings Account ending in 0000 | $19.67 | $0.00 | | $0.00 | FA |
| 13 | Checking Navy Federal Credit Union EveryDay Checking Account ending in 6714 Zero Balance | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings Navy Federal Credit Union Membership Savings Account ending in 6102 | $5.01 | $5.01 | | $5.01 | FA |
| 15 | Checking Wells Fargo Way2Save Checking Account ending in 9330 | $318.45 | $0.00 | | $0.00 | FA |
| 16 | Rental deposit Security Deposit with landlord Teresa A. Gaffney $1,650.00 Pre-Paid Rent $2,145.00 Security Deposit | $3,795.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-04058-EPB | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | Date Filed (f) or Converted (c): | 04/14/2016 (f) |
| For the Period Ending: | 3/6/2019 | §341(a) Meeting Date: | 05/16/2016 |
| | | Claims Bar Date: | 02/10/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 17 | Prudential Group Life Insurance Policy ending in 0001 | $0.00 | $0.00 | | $0.00 | FA |
| 18 | AFBA Life Insurance policy ending in 0004 | $0.00 | $0.00 | | $0.00 | FA |
| 19 | AFBA Life Insurance policy ending in 0003 | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Personal Injury Lawsuit: Attorney Timothy Kamper of Kamper Estrada, LLP | Unknown | $50,000.00 | | $38,000.00 | FA |
| **Asset Notes:** | Order granting Motion to Approve Settlement for $38k at DE 73 | | | | | |
| 21 | Boxing Equipment & Crossfit Gear $2,000 Office Computer $300 Printer/Scanner/Copier $200 Laptop $1,000 Cell Phone $100 Office Desk & Chair $125 Office Filing Cabinet $50 | $3,775.00 | $0.00 | | $0.00 | FA |
| 22 | Zanski Security, LLC Assets: Wells Fargo Gold Business Services Package Checking Account ending in 0339 - $133.24 Wells Fargo Business Market Rate Savings Account ending in 1204 - $12.08 | $145.32 | $0.00 | | $0.00 | FA |
| 23 | 2015 Federal Tax Refund: post-petition (u) | $1,642.00 | $1,642.00 | | $1,642.00 | FA |
| 24 | 2016 Federal Tax Refund (u) | $1,461.00 | $418.01 | | $1,331.01 | FA |
| 25 | Wells Fargo Bank Acct #0339 (u) | $108.33 | $108.33 | | $108.33 | FA |
| 26 | Wells Fargo Bank Acct #1204 (u) | $12.08 | $12.08 | | $12.08 | FA |
| 27 | 2015 State (CA) Tax Refund: post-petition (u) | $19.00 | $19.00 | | $19.00 | FA |
| 28 | Rents received re 732 Severn Dr. Virginia Beach, VA 23455 | $1,500.00 | $1,500.00 | | $1,500.00 | FA |
| 29 | 2016 State Tax Refund (u) | $75.00 | $21.46 | | $75.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$261,824.43   $108,731.46        $267,697.00   $0.00

**Major Activities affecting case closing:**
03/08/2019    TDR submitted to USTO on 03/08/19

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 11/16/2017 | /s/ DINA L. ANDERSON | |
| **Current Projected Date Of Final Report (TFR):** | 11/30/2018 | DINA L. ANDERSON | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-04058-EPB | | **Trustee Name:** | Dina L. Anderson |
| **Case Name** | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***4151 | | **Checking Acct #:** | ******4058 |
| **Co-Debtor Taxpayer ID #:** | **-***4152 | | **Account Title:** | |
| **For Period Beginning:** | 4/14/2016 | | **Blanket bond (per case limit):** | $27,456,481.00 |
| **For Period Ending:** | 3/6/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2016 | (27) | State of California | 2015 California State Tax Refund | | 1224-000 | $19.00 | | $19.00 |
| 11/10/2016 | (28) | Mark L. McKinney | Rental Payment 732 Severn Drive Property | | 1122-000 | $1,500.00 | | $1,519.00 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $1.34 | $1,517.66 |
| 12/19/2016 | (23) | United States Treasury | 2015 Federal Tax Refund | | 1224-000 | $1,642.00 | | $3,159.66 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $3.55 | $3,156.11 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $5.09 | $3,151.02 |
| 02/21/2017 | | Stewrt Title and Settlements | Real Property Sale Proceeds | | * | $20,055.78 | | $23,206.80 |
| | {1} | | Sale of Real Property | $225,000.00 | 1110-000 | | | $23,206.80 |
| | | | Payoff of first mortgage loan to CitiMortgage | $(190,511.68) | 4110-000 | | | $23,206.80 |
| | | | Commission to Howard Hanna William E. Wood | $(6,750.00) | 3510-000 | | | $23,206.80 |
| | | | Commission to Keller Williams Realty Elite - Town Center | $(6,750.00) | 3510-000 | | | $23,206.80 |
| | | | Seller Settlement Fee to Barristers of Virginia | $(300.00) | 2500-000 | | | $23,206.80 |
| | | | Lien Release Verification to Stewart Title and Settlements | $(85.00) | 2500-000 | | | $23,206.80 |
| | | | Delivery Fee to Stewart Title and Settlements | $(15.00) | 2500-000 | | | $23,206.80 |
| | | | Grantor Tax Deed | $(225.00) | 2500-000 | | | $23,206.80 |
| | | | Storm Water Fees to Treasurer, City of Virginia Beach | $(45.47) | 2500-000 | | | $23,206.80 |
| | | | City/town taxes 1/1/2017 to 2/13/2017 | $(262.07) | 2820-000 | | | $23,206.80 |
| 02/23/2017 | 1001 | Dominion Virginia Power | Account No. 2161408121; Utility service for marketing/inspection for the sale of real property | | 2420-000 | | $104.85 | $23,101.95 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $11.89 | $23,090.06 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $37.25 | $23,052.81 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $35.98 | $23,016.83 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $34.19 | $22,982.64 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $33.04 | $22,949.60 |
| | | | | | **SUBTOTALS** | **$23,216.78** | **$267.18** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-04058-EPB | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******4058 |
| Co-Debtor Taxpayer ID #: | **-***4152 | Account Title: | |
| For Period Beginning: | 4/14/2016 | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.09 | $22,915.51 |
| 08/10/2017 | 1002 | Guttilla Murphy Anderson, P.C. | Attorney fees (interim) per Order signed 08/08/17 | 3110-000 | | $10,000.00 | $12,915.51 |
| 08/10/2017 | 1003 | Guttilla Murphy Anderson, P.C. | Attorney expenses per Order signed 08/08/17 | 3120-000 | | $379.40 | $12,536.11 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.59 | $12,512.52 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.99 | $12,494.53 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.56 | $12,475.97 |
| 11/19/2017 | | United States Treasury | 2016 Federal Tax Refund; Nonexempt bank funds | * | $1,461.00 | | $13,936.97 |
| | {11} | | Nonexempt bank funds   $4.57 | 1129-000 | | | $13,936.97 |
| | {14} | | Nonexempt bank funds   $5.01 | 1129-000 | | | $13,936.97 |
| | {25} | | Nonexempt bank funds   $108.33 | 1229-000 | | | $13,936.97 |
| | {26} | | Nonexempt bank funds   $12.08 | 1229-000 | | | $13,936.97 |
| | {24} | | 2016 Federal Tax Refund   $1,331.01 | 1224-000 | | | $13,936.97 |
| 11/29/2017 | (29) | State of Arizona | 2016 State Tax Refund | 1224-000 | $75.00 | | $14,011.97 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.71 | $13,993.26 |
| 12/01/2017 | 1004 | MICHAEL ZANSKI AND ELIZABETH ZANSKI | Debtors' pro rata share of 2016 Federal and State tax refunds | 8500-002 | | $966.54 | $13,026.72 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.67 | $13,007.05 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.33 | $12,987.72 |
| 02/22/2018 | (20) | Geico Indemnity Co. | Settlement Payment | 1142-000 | $38,000.00 | | $50,987.72 |
| 02/23/2018 | 1005 | Guttilla Murphy Anderson, P.C. | Attorney fees (remaining balance due) per Order signed 08/08/17 | 3110-000 | | $6,467.50 | $44,520.22 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.42 | $44,492.80 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $66.09 | $44,426.71 |
| 04/18/2018 | 1006 | Timothy J. Kamper | Special counsel fees per Order signed 04/15/18 | 3210-600 | | $12,665.40 | $31,761.31 |
| 04/18/2018 | 1007 | Timothy J. Kamper | Special counsel expenses per Order signed 04/15/18 | 3220-610 | | $1,159.02 | $30,602.29 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $58.56 | $30,543.73 |
| 05/02/2018 | 1008 | Guttilla Murphy Anderson, P.C. | Attorney fees per Order signed 04/30/18 | 3110-000 | | $4,775.00 | $25,768.73 |
| 05/02/2018 | 1009 | Guttilla Murphy Anderson, P.C. | Attorney expenses per Order signed 04/30/18 | 3120-000 | | $38.68 | $25,730.05 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.69 | $25,691.36 |
| | | | | SUBTOTALS | $39,536.00 | $36,794.24 | |

| Case No. | 16-04058-EPB | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4151 | | Checking Acct #: | ******4058 |
| Co-Debtor Taxpayer ID #: | **-***4152 | | Account Title: | |
| For Period Beginning: | 4/14/2016 | | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 3/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.94 | $25,654.42 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.11 | $25,616.31 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.14 | $25,610.17 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($6.14) | $25,616.31 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $448.28 | $25,168.03 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($448.28) | $25,616.31 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $38.07 | $25,578.24 |
| 10/09/2018 | 1010 | Semple, Marchal & Cooper, LLP | Accountant fees per Order signed 10/03/18 | 3410-000 | | $3,434.00 | $22,144.24 |
| 02/04/2019 | 1011 | Dina L. Anderson | Trustee Compensation | 2100-000 | | $16,586.52 | $5,557.72 |
| 02/04/2019 | 1012 | Dina L. Anderson | Trustee Expenses | 2200-000 | | $109.25 | $5,448.47 |
| 02/04/2019 | 1013 | Quantum3 Group LLC/Credit Corp Solutions Inc | Claim #: 1; Distribution Dividend: 6.75%; Account Number: 7195 (Synchrony Bank); | 7100-000 | | $245.08 | $5,203.39 |
| 02/04/2019 | 1014 | Discover Bank | Claim #: 2; Distribution Dividend: 6.75%; Account Number: 3012; | 7100-000 | | $1,056.19 | $4,147.20 |
| 02/04/2019 | 1015 | PYOD, LLC/Citibank, NA | Claim #: 3; Distribution Dividend: 6.75%; Account Number: 8619; | 7100-000 | | $460.31 | $3,686.89 |
| 02/04/2019 | 1016 | Capital One, N.A. | Claim #: 4; Distribution Dividend: 6.75%; Account Number: 0107 (Kohl's); | 7100-000 | | $170.02 | $3,516.87 |
| 02/04/2019 | 1017 | Wells Fargo Bank, N.A. | Claim #: 5; Distribution Dividend: 6.75%; Account Number: 613609084 (9756); | 7100-000 | | $255.23 | $3,261.64 |
| 02/04/2019 | 1018 | Navy Federal Credit Union | Claim #: 6; Distribution Dividend: 6.75%; Account Number: 6283; | 7100-000 | | $332.13 | $2,929.51 |
| 02/04/2019 | 1019 | Navy Federal Credit Union | Claim #: 7; Distribution Dividend: 6.75%; Account Number: 9321; | 7100-000 | | $2,045.72 | $883.79 |
| 02/04/2019 | 1020 | USAA Savings Bank | Claim #: 8; Distribution Dividend: 6.75%; Account Number: 4275; | 7100-000 | | $883.79 | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4  Exhibit 9

| Case No. | 16-04058-EPB | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******4058 |
| Co-Debtor Taxpayer ID #: | **-***4152 | Account Title: | |
| For Period Beginning: | 4/14/2016 | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $62,752.78 | $62,752.78 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $62,752.78 | $62,752.78 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $62,752.78 | $62,752.78 | |

**For the period of 4/14/2016 to 3/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $267,697.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $267,697.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $266,730.46 |
| Total Non-Compensable Disbursements: | $966.54 |
| Total Comp/Non Comp Disbursements: | $267,697.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/04/2016 to 3/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $267,697.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $267,697.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $266,730.46 |
| Total Non-Compensable Disbursements: | $966.54 |
| Total Comp/Non Comp Disbursements: | $267,697.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 16-04058-EPB | | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | ZANSKI, MICHAEL A. AND ZANSKI, ELIZABETH B. | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***4151 | | **Checking Acct #:** | ******4058 |
| **Co-Debtor Taxpayer ID #:** | **-***4152 | | **Account Title:** | |
| **For Period Beginning:** | 4/14/2016 | | **Blanket bond (per case limit):** | $27,456,481.00 |
| **For Period Ending:** | 3/6/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $62,752.78 | $62,752.78 | $0.00 |

| For the period of 4/14/2016 to 3/6/2019 | | For the entire history of the case between 04/14/2016 to 3/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $267,697.00 | Total Compensable Receipts: | $267,697.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $267,697.00 | Total Comp/Non Comp Receipts: | $267,697.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $266,730.46 | Total Compensable Disbursements: | $266,730.46 |
| Total Non-Compensable Disbursements: | $966.54 | Total Non-Compensable Disbursements: | $966.54 |
| Total Comp/Non Comp Disbursements: | $267,697.00 | Total Comp/Non Comp Disbursements: | $267,697.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON